Courtney K. Lee, Esq.
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

Patrick J. Hillard, Esq. (*Pro Hac Vice*)
patrick.hillard@fedex.com
Federal Express Corporation
3620 Hacks Cross Road, Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-4026

*Attorneys for Defendant*
*Federal Express Corporation*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HAYLEY THORPE,<br>Plaintiff,<br>vs.<br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation.,<br>Defendant. | Case No.: 3:26-cv-00369-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR REFERRAL TO EARLY NEUTRAL EVALUATION** |

Plaintiff Hayley Thorpe ("Plaintiff") and Defendant Federal Express Corporation ('Defendant") (collectively "The Parties"), by and through undersigned counsel, respectfully move this Court pursuant to Local Rule 16-6 of the Local Rules of Practice for the United States District Court for the District of Nevada, and the Court's inherent authority to manage its docket, for an order referring this matter to Early Neutral Evaluation ("ENE") and state as follows:

## I. INTRODUCTION

This action involves Plaintiff's alleged claims of hostile work environment based on sex pursuant to Title VII of the Civil Rights Act of 1964, retaliation and constructive discharge,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

discrimination, hostile work environment, and retaliation based on sex and sexual orientation pursuant to NRS 613.330 and NRS 613.420, negligent hiring, negligent training, negligent supervision, negligent retention, and intentional infliction of emotional distress. The parties believe that an early, confidential evaluation of the merits by a qualified neutral evaluator would assist the parties in narrowing the issues in dispute and exploring the possibility of settlement at an early stage of this litigation.

## II. BASIS FOR THE REQUEST

Under the Court's employment-discrimination action program and Local Rule 16-6(a), a judicial officer must refer employment-discrimination actions to an appropriate early neutral evaluation.

ENE is particularly well-suited to this case because:

a. The core legal and factual issues are capable of early identification and evaluation;

b. The parties would benefit from a frank, confidential assessment of the strengths and weaknesses of their respective positions by an experienced neutral;

c. An early evaluation may facilitate productive settlement discussions and conserve the resources of the parties and the Court; and

d. Discovery is still in its early stages, and an ENE session may help the parties develop a focused, efficient discovery plan.

## III. PROPOSED EVALUATOR AND LOGISTICS

The parties request that any Magistrate Judge be selected to serve as the early neutral evaluator.

The parties respectfully request that the ENE session be scheduled within 45 days of the Court's order, at a time and place convenient to the Court and the parties.

The parties agree to participate in good faith and to ensure that a representative with full settlement authority attends the ENE session, as required by the Court.

## IV. CONCLUSION

WHEREFORE, the Parties respectfully request that this Court enter an order:

a. Referring this matter to Early Neutral Evaluation;

b. Appointing a Magistrate Judge not assigned to the matter; and

c. Granting such other and further relief as the Court deems just and proper.

DATED this 29th day of September, 2026.

FREIMAN LEGAL, PC & LEAH MARTIN LAW

*/s/ Lawrence W. Frieman*

Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorneys for Plaintiff*
*Hayley Thorpe*

DATED this 29th day of September, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/* Courtney K. Lee

Courtney K. Lee, Esq.
Nevada Bar No. 8154
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

Patrick J. Hillard, Esq.
(*Pro Hac Vice*)
Federal Express Corporation
3620 Hacks Cross Road, Building B, 3rd Floor
Memphis, TN 38125

*Attorneys for Defendant,*
*Federal Express Corporation*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

September 29, 2026
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800